(Official Form1)(12/02)WestGroup,Rochester,NY

| FORMB1 | UnitedStatesBankruptcyCourt | VoluntaryPetition |
|---|---|---|
| | NORTHERN District of ILLINOIS | |

| NameofDebtor (ifindividual,enterLast,First,Middle): | NameofJointDebtor (Spouse)(Last,First,Middle): |
|---|---|
| *Griffin, Thelma* | |

| AllOtherNamesusedbytheDebtorinthelast6years (includemarried, maiden, andtradenames): *NONE* | AllOtherNamesusedbytheJointDebtorinthelast6years (includemarried, maiden, andtradenames): |
|---|---|

**Chapter 13W/No Plan**

| LastFourdigitsofSoc.Sec.No./CompleteEINorotherTaxI.D.No. (ifmorethanone,stateall): *1395* | LastfourdigitsofSoc.Sec.No./CompeteEINorotherTaxI.D.No. (ifmorethanone,stateall): |
|---|---|
| StreetAddressofDebtor (No.&Street,City,State&ZipCode): *4350 S. Princeton* *Chicago Illinois  60609* | StreetAddressofJointDebtor (No.&Street,City,State&ZipCode): |
| CountyofResidenceofthe PrincipalPlaceofBusiness: *Cook* | CountyofResidenceorofthe PrincipalPlaceofBusiness: |
| MailingAddressofDebtor (ifdifferentfromstreetaddress): *SAME* | MailingAddressofJointDebtor (ifdifferentfromstreetaddress): |

| LocationofPrincipalAssetsofBusinessDebtor (ifdifferentfromstreetaddressabove): *NOT APPLICABLE* |
|---|

## InformationRegardingtheDebtor(ChecktheApplicableBoxes)

**Venue** (Checkanyapplicablebox)
- [ ] Debtorhasbeendomiciledorhashadaresidence,principalplaceofbusiness,orprincipalassetsinthisDistrictfor180daysimmediately precedingthedateofthispetitionorforalongerparto'such180daysthaninanyotherDistrict.
- [ ] ThereisabankruptcycaseconcerningdebtorsaffiliategeneralpartnerorpartnershippendinginthisDistrict.

| **TypeofDebtor** (Checkallboxesthatapply) | | **ChapterorSectionofBankruptcyCodeUnderWhich thePetitionisFiled** (Checkonebox) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter7 | [ ] Chapter11 | [x] Chapter13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter9 | [ ] Chapter12 | |
| [ ] Partnership | [ ] CommodityBroker | [ ] Sec.304-Caseancillarytoforeignproceeding | | |
| [ ] Other _____ | [ ] ClearingBank | | | |

| **NatureofDebts** (Checkonebox) | | **FilingFee** (Checkonebox) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] FullFilingFeeattached |
| **Chapter11SmallBusiness** (Checkallboxesthatapply) | | [ ] FilingFeetobepaidininstallments(Applicabletoindividualsonly) MustattachsignedapplicationforthecourtsconsiderationcertifyingthatthedebtorisunabletopayfeeexceptininstallmentsRule1006(b' '  Form No.3. |
| [ ] Debtorisasmallbusinessasdefinedin11U.S.C.§101 | | |
| [ ] Debtorisandelectstobeconsideredasmallbusinessunder 11U.S.C.§1121(e)(Optional) | | |

| **Statistical/AdministrativeInformation** (Estimatesonly) | THISONLY |
|---|---|
| [x] Debtorestimatesthatfundswillbeavailablefordistributiontounsecuredcreditors. | |
| [ ] Debtorestimatesthat,afteranyexemptpropertyisexcludedandadministrativeexpenses paid,therewillbenofundsavailablefordistributiontounsecuredcreditors. | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/24/2004
Time: 13:06:09
Debtor: THELMA GRIFFIN
Case: 04-06938
Chapter: 13 Rec. # : 194
Judge: A    Fee : 3064125
341 mtg: Benjamin Goldgar
ConfHrg: 03/31/2004 @ 03:00PM
Trustee: 04/13/2004 @ 11:00AM
TOM VAUGHN

1:04BK06938-BK001

| EstimatedNumberofCreditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-ov |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| EstimatedAssets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0to $50,000 | $50,001to $100,000 | $100,001to $500,000 | $500,001to $1million | $1,000,001to $10million | $10,000,001to $50million | $50,000,001to $100million | |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | |

| EstimatedDebts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0to $50,000 | $50,001to $100,000 | $100,001to $500,000 | $500,001to $1million | $1,000,001to $10million | $10,000,001to $50million | $50,000,00 $100millF | |
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | |

Official Form 1 (9/09-01)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Thelma Griffin |
|---|---|

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|

| District: | Relationship: | Judge: |
|---|---|---|

| **Signatures** | |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Thelma Griffin_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone: (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Sandra K. Copplien
Printed Name of Attorney for Debtor(s)

Pomper & Goodman
Firm Name

22 W. Monroe, Suite 1800
Address

Chicago, IL 60603
312-236-2977

_____
Telephone Number

_____
Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

_____
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

www.blumberg.com

FORMB6A(6/90)WestGroup,Rochester,NY

Inre _ThelmaGriffin_ _____ /Debtor    CaseNo. _____

(ifknown)

# SCHEDULEA-REALPROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Single Family Home_ | _Fee Simple_ | | $68,000.00 | $34,000.00 |
| | | | | |

Nocontinuationsheetsattached

**TOTAL $**

(ReportalsoonSummaryofSchedules.)

| | |
|---|---|
| 68,000.00 | |

FORMB6B(10/89)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor   CaseNo. _____

(ifknown)

# SCHEDULEB-PERSONALPROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TypeofProperty | None | DescriptionandLocationofProperty | Husband--H Wife--W Joint--J Community--C | CurrentMarket Value ofDebtor'sInterest, inPropertyWithout Deductingany SecuredClaimor Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash Location: In debtor's possession | | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account LaSalle Bank Location: In debtor's possession | | $ 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture Location: In debtor's possession | | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing Location: In debtor's possession | | $ 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page  1  of  2

FORMB6B(10/89)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor    CaseNo. _____

(ifknown)

## SCHEDULEB-PERSONALPROPERTY

(ContinuationSheet)

| TypeofProperty | None | DescriptionandLocationofProperty | Husband--H Wife--W Joint--J Community--C | CurrentMarket Value ofDebtor'sInterest, inPropertyWithout Deductingany SecuredClaimor Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➔   $775.00

(ReporttotalalsoonSummaryofSchedules.)
Includeamountsfromanycontinuationsheetsattached.

Page  2  of  2

FORM B6C (6/90) West Group, Rochester, NY

In re __Thelma Griffin_____ / Debtor    Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Single Family Home | 735 ILCS 5/12-901 | $ 7,500.00 | $ 68,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 50.00 | $ 50.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $ 25.00 | $ 25.00 |
| furniture | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| clothing | 735 ILCS 5/12-1001(a) | $ 200.00 | $ 200.00 |

FORMB6D(12/03)WestGroup,Rochester,NY

Inre _ThelmaGriffin_____/Debtor     CaseNo. _____

(ifknown)

# SCHEDULED-CREDITORSHOLDINGSECUREDCLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ CheckthisboxifdebtorhasnocreditorsholdingsecuredclaimstoreportonthisScheduleD.

| Creditor'sNameandMailingAddress IncludingZipCode | Codebtor | DateClaimwasIncurred, NatureofLien,andDescriptionand MarketValueofPropertySubjecttoLien | | Contingent | Unliquidated | Disputed | AmountofClaim Without DeductingValue ofCollateral | Unsecured Portion,ifany |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| AccountNo:<br>Creditor#:    1<br>GMAC<br>5505 Corporate Drive<br>Troy Michigan | X | | | X | | | Unknown | $0.00 |
| | | Value: $0.00 | | | | | | |
| AccountNo:<br>Creditor#:    2<br>Homecomings Financial<br>P.O. Box 890035<br>Dallas Texas 75389 | | | | | | | $34,000.00 | $0.00 |
| | | Value: $0.00 | | | | | | |
| AccountNo: | | | | | | | | |
| | | Value: | | | | | | |
| AccountNo: | | | | | | | | |
| | | Value: | | | | | | |

Nocontinuationsheetsattached

Subtotal$   34,000.00
(Totalofthispage)

Total$   34,000.00
(Useonlyonlastpage.ReporttotalalsoonSummaryofSchedules)

FORM B6E (12/03) West Group, Rochester, NY

In re __ThelmaGriffin_____ /Debtor     CaseNo. _____

(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORMB6F(12/03)WestGroup,Rochester,NY

Inre *ThelmaGriffin* _____ /Debtor       CaseNo. _____

(ifknown)

# SCHEDULEF-CREDITORSHOLDINGUNSECUREDNONPRIORITYCLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ CheckthisboxifdebtorhasnocreditorsholdingunsecurednonpriorityclaimstoreportonthisScheduleF.

| Creditor'sNameandMailingAddress includingZipCode | Codebtor | H--Husband W--Wife J--Joint C--Community | DateClaimwasIncurred, andConsiderationforClaim. IfClaimisSubjecttoSetoff,soState. | Contingent | Unliquidated | Disputed | AmountofClaim |
|---|---|---|---|---|---|---|---|
| AccountNo:   4443<br>*Creditor#:   1*<br>*American General Finance*<br>*11844 S. Western*<br>*Chicago Illinois 60643* | | | *PersonalLoan* | | | | $3,821.80 |
| AccountNo:   7111<br>*Creditor#:   2*<br>*Catherines*<br>*P.O. Box 9025*<br>*Des Moines Iowa 50368* | | | *CreditCardPurchases* | | | | $300.00 |
| AccountNo:   2115<br>*Creditor#:   3*<br>*Household Credit Services*<br>*P.O. Box 88000*<br>*Baltimore Maryland 21288* | | | *CreditCardPurchases* | | | | $3,003.22 |
| AccountNo:<br>*Creditor#:   4*<br>*PS Plus Sizes*<br>*P.O. Box  9025*<br>*Des Moines Iowa 50368* | | | *CreditCardPurchases* | | | | $389.52 |

_1_ continuationsheetsattached

Subtotal$     7,514.54

(Totalofthispage)

Total$

(ReporttotalalsoonSummaryofSchedules)

FORM B6F (12/03) WestGroup, Rochester, NY

Inre    *Thelma Griffin* _____ /Debtor    CaseNo. _____
                                                                                    (ifknown)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(ContinuationSheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  *5163*<br><br>*Creditor#:    5*<br>*Sears Gold Master Card*<br>*P.O. Box 818007*<br>*Cleveland   Ohio 44181* | | | *Credit Card Purchases* | | | | *$3,736.46* |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 3,736.46 |
| Total $<br>(Report total also on Summary of Schedules) | 11,251.00 |

FORMB6G(10/89)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor    CaseNo. _____
(ifknown)

## SCHEDULEG-EXECUTORYCONTRACTSANDUNEXPIREDLEASES

Describeallexecutorycontractsofanynatureandallunexpiredleasesofrealorpersonalproperty.Includeanytimeshareinterests.
Statenatureofdebtor'sinterestincontract,i.e.,"Purchaser,""Agent,"etc.Statewhetherdebtoristhelessororlesseeofalease.
Providethenamesandcompletemailingaddressesofallotherpartiestoeachleaseorcontractdescribed.

NOTE:Apartylistedonthisschedulewillnotreceivenoticeofthefilingofthiscaseunlessthepartyisalsoscheduledintheappropriatescheduleof
creditors.

☒ Checkthisboxifthedebtorhasnoexecutorycontractsorunexpiredleases.

| NameandMailingAddress, includingZipCode,of otherPartiestoLease orContract | DescriptionofContractorLeaseand NatureofDebtor'sInterest. StatewhetherLeaseisforNonresidentialRealProperty. StateContractNumberofanyGovernmentContract. |
|---|---|
| | |

FORMB6H(6/90)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor      CaseNo. _____

(ifknown)

## SCHEDULEH-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Checkthisboxifthedebtorhasnocodebtors.

| NameandAddressofCodebtor | NameandAddressofCreditor |
|---|---|
| Dana Jackson<br>2300 W. Garfield<br>Apartment 203<br>Chicago Illinois | GMAC<br>5505 Corporate Drive<br>Troy Michigan |

Page _1_ of _1_

FORMB6I(6/90)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor   CaseNo. _____

(ifknown)

# SCHEDULEI-CURRENTINCOMEOFINDIVIDUALDEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor'sMarital Status: *Single* | DEPENDENTSOFDEBTORANDSPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| NameofEmployer | | |
| HowLongEmployed | | |
| AddressofEmployer | | |

| Income:(Estimateofaveragemonthlyincome) | DEBTOR | SPOUSE |
|---|---|---|
| CurrentMonthlygrosswages,salary,andcommissions(prorateifnotpaidmonthly) | $ 0.00 | $ 0.00 |
| EstimatedMonthlyOvertime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESSPAYROLLDEDUCTIONS | | |
| a.PayrollTaxesandSocialSecurity | $ 0.00 | $ 0.00 |
| b.Insurance | $ 0.00 | $ 0.00 |
| c.UnionDues | $ 0.00 | $ 0.00 |
| d.Other(Specify): | $ 0.00 | $ 0.00 |
| SUBTOTALOFPAYROLLDEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTALNETMONTHLYTAKEHOMEPAY | $ 0.00 | $ 0.00 |
| Regularincomefromoperationofbusinessorprofessionorfarm(attachdetailedstatement) | $ 0.00 | $ 0.00 |
| IncomefromRealProperty | $ 0.00 | $ 0.00 |
| Interestanddividends | $ 0.00 | $ 0.00 |
| Alimony,maintenanceorsupportpaymentspayabletothedebtorforthedebtor'suseorthat ofdependentslistedabove. | $ 0.00 | $ 0.00 |
| SocialSecurityorothergovernmentassistance Specify: *SocialSecuirty* | $ 1,043.00 | $ 0.00 |
| Pensionorretirementincome | $ 403.00 | $ 0.00 |
| Othermonthlyincome Specify: | $ 0.00 | $ 0.00 |
| TOTALMONTHLYINCOME | $ 1,446.00 | $ 0.00 |

TOTALCOMBINEDMONTHLYINCOME   $   1,446.00
(ReportalsoonSummaryofSchedules)

Describeanyincreaseordecreaseofmorethan10%inanyoftheabovecategoriesanticipatedtooccurwithintheyearfollowingthefilingofthis document:

PageNo. 1 of 1

FORMB6J(6/90)WestGroup,Rochester,NY

Inre **ThelmaGriffin** _____ /Debtor      CaseNo. _____

(ifknown)

# SCHEDULEJ-CURRENTEXPENDITURESOFINDIVIDUALDEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Checkthisboxifajointpetitionisfiledanddebtor'sspousemaintainsaseparatehousehold.Completeaseparatescheduleofexpenditureslabeled "Spouse."

| | | | |
|---|---|---|---:|
| Rentorhomemortgagepayment(includelotrentedformobilehome) | | $ | 358.16 |
| Arerealestatetaxesincluded? Yes ☐ No ☒ | | | |
| Ispropertyinsuranceincluded? Yes ☐ No ☒ | | $ | 300.00 |
| Utilities:Electricityandheatingfuel | | $ | 10.00 |
| Waterandsewer | | $ | 70.00 |
| Telephone | | $ | 0.00 |
| Other | | $ | 50.00 |
| Homemaintenance(Repairsandupkeep) | | $ | 100.00 |
| Food | | $ | 20.00 |
| Clothing | | $ | 30.00 |
| Laundryanddrycleaning | | $ | 20.00 |
| Medicalandentalexpenses | | $ | 20.00 |
| Transporation(notincludingcarpayments) | | $ | 0.00 |
| Recreation,clubsandentertainment,newspapers,magazines,etc. | | $ | 0.00 |
| Charitablecontributions | | | |
| Insurance(notdeductedfromwagesorincludedinhomemortgagepayments) | | | |
| Homeowner'sorrenter's | | $ | 60.00 |
| Life | | $ | 60.00 |
| Health | | $ | 85.00 |
| Auto | | $ | 0.00 |
| Other | | $ | 0.00 |
| Taxes(notdeductedfromwagesorincludedinhomemortgage) | | | |
| Specify: **RealEstate** | | $ | 30.00 |
| Installmentpayments:(inchapter12and13cases,donotlistpaymentstobeincludedintheplan) | | | |
| Auto | | $ | 0.00 |
| Other: | | $ | 0.00 |
| Alimony,maintenance,andsupportpaidtoothers | | $ | 0.00 |
| Paymentsforsupportofadditionaldependentsnotlivingatyourhome | | $ | 0.00 |
| Regularexpensesfromoperationofbusiness,profession,orfarm(attachdetailedstatement) | | $ | 0.00 |
| Other: | | $ | 0.00 |
| TOTALMONTHLYEXPENSES (ReportalsoonSummaryofSchedules) | | $ | 1,213.16 |

(FORCHAPTER12AND13DEBTORSONLY)

Providetheinformationrequestedbelow,includingwhetherplanpaymentsaretobemadebi-weekly,monthly,annually,oratsomeotherregularinterval.

| | | |
|---|---|---:|
| A.Totalprojectedmonthlyincome | $ | 0.00 |
| B.Totalprojectedmonthlyexpenses | $ | 0.00 |
| C.ExcessIncome(AminusB) | $ | 0.00 |
| D.Totalamounttobepaidintoplaneach: **Monthly** | $ | 130.00 |

FORMB6(6/90)WestGroup,Rochester,NY

# UNITEDSTATESBANKRUPTCYCOURT
## NORTHERNDISTRICTOFILLINOIS
## EASTERNDIVISION

Inre  *ThelmaGriffin*                                                      CaseNo.
                                                                          Chapter  *13*

_____ /Debtor

## SUMMARYOFSCHEDULES
### Amended

Indcate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAMEOFSCHEDULE | Attached (Yes/No) | No.of Sheets | AMOUNTSSCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-RealProperty | Yes | 1 | $    68,000.00 | | |
| B-PersonalProperty | Yes | 2 | $       775.00 | | |
| C-PropertyClaimedas Exempt | Yes | 1 | | | |
| D-CreditorsHoldingSecured Claims | Yes | 1 | | $   34,000.00 | |
| E-CreditorsHolding UnsecuredPriorityClaims | Yes | 1 | | $        0.00 | |
| F-CreditorsHolding UnsecuredNonpriorityClaims | Yes | 2 | | $   11,251.00 | |
| G-ExecutoryContractsand UnexpiredLeases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-CurrentIncomeofIndividual Debtor(s) | Yes | 1 | | | $    1,446.00 |
| J-CurrentExpendituresof IndividualDebtor(s) | Yes | 1 | | | $    1,213.16 |
| TotalNumberofSheetsinAllSchedules ► | | 12 | | | |
| TotalAssets ► | | | $    68,775.00 | | |
| TotalLiabilities ► | | | | $   45,251.00 | |

Form B6-Cont. (12/94)  Julius Blumberg, Inc. NYC 10013

In re: **Thelma Griffin**

Debtor(s)    Case No.

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————————— sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date                                                    Signature: X _Thelma Griffin_

Debtor

Date                                                    Signature: —————————————————————

(Joint Debtor, if any) (If joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the
debtor with a copy of this document.

———————————————————    ———————————————————
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

———————————————————

———————————————————
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X ———————————————————         ———————————
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ———————————————————— (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the ———————————————————— (corporation or partnership) named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ————————————sheets, and
that they are true and correct to the best of my knowledge, information, and belief.            (Total shown on summary page plus 1.)

Date                                                    Signature: —————————————————————

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form7(9/00)WestGroup,Rochester,NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Inre *Thelma Griffin*

CaseNo.
Chapter *13*

_____/Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 2. Income other than from employment or operation of business.
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

*Year to date:$806*              *Pension*
   *Last Year:4800*
*Year before:*

_____

*Year to date: 2086*            *Social Secuirty*
   *Last Year:*
*Year before:*

Form7(9/00)WestGroup,Rochester,NY

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form7(9/00)WestGroup,Rochester,NY

**8.Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9.Paymentsrelatedtodebtcounselingorbankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAMEANDADDRESSOFPAYEE | DATEOFPAYMENT, NAMEOFPAYORIFOTHERTHANDEBTOR | AMOUNTOFMONEYOR DESCRIPTIONANDVALUEOFPROPERTY |
|---|---|---|
| Payee:Pomper & Goodman Address: 22 W. Monroe Suite 1800 Chicago, Illinois 60603 | Date of Payment: Payor: Thelma Griffin | $1000 |

**10.Othertransfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11.Closedfinancialaccounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12.Safedepositboxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13.Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14.Propertyheldforanotherperson.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15.Prioraddressofdebtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

StatementofAffairs-Page    3

Form7(9/00)WestGroup,Rochester,NY

---

**16.SpousesandFormerSpouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17.EnvironmentalInformation**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

**18.Nature,locationandnameofbusiness**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

☒ NONE

---

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

Rule2016(b)(8/91)WestGroup,Rochester,NY

# UNITEDSTATESBANKRUPTCYCOURT
# NORTHERNDISTRICTOFILLINOIS
# EASTERNDIVISION

Inre   *Thelma Griffin*

CaseNo.

Chapter *13*

/Debtor

AttorneyforDebtor:   *SandraK.Coplien*

# STATEMENTPURSUANTTORULE2016(B)

Theundersigned,pursuanttoRule2016(b),BankruptcyRules,statesthat:

1. Theundersignedistheattorneyforthedebtor(s)inthiscase.

2. Thecompensationpaidoragreedtobepaidbythedebtor(s),totheundersignedis:
   a) Forlegalservicesrenderedortoberenderedincontemplationofandin connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *0.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,000.00*

3. $ _____*194.00*_____ ofthefilingfeeinthiscasehasbeenpaid.

4. TheServicesrenderedortoberenderedincludethefollowing:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to fileapetitionundertitle11oftheUnitedStatesCode.
   b) Preparationandfilingofthepetition,schedules,statementoffinancialaffairsandotherdocumentsrequiredbythe court.
   c) Representationofthedebtor(s)atthemeetingofcreditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for servicesperformed,and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will befromearnings,wagesandcompensationforservicesperformed,and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for thevaluestated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's lawfirm,anycompensationpaidortobepaidexceptasfollows:
   *None*

Dated:                                    Respectfullysubmitted,

                                    X_____
AttorneyforPetitioner: *SandraK.Coplien*
                        *Pomper&Goodman*
                        *22W.Monroe*
                        *Suite1800*
                        *ChicagoIllinois60603*

# UNITEDSTATESBANKRUPTCYCOURT
## NORTHERNDISTRICTOFILLINOIS
### EASTERNDIVISION

Inre  *Thelma Griffin*                                            CaseNo
                                                                 Chapter  *13*

_____/Debtor

AttorneyforDebtor    *Sandra X.Coplien*

## VERIFICATIONOFCREDITORMATRIX

     TheabovenamedDebtor(s)herebyverifythattheattachedlistofcreditorsistrueandcorrecttothe

bestofourknowledge.

Date _____

_____
Debtor

In re:   Thelma Griffin                                    Debtor(s)        Case No.

<span style="text-align:right">(if known)</span>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————————— sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

<span>(Total shown on summary page plus 1.)</span>

Date                                              Signature: _Thelma Griffin_

<span style="text-align:right">Debtor</span>

Date                                              Signature: ——————————————————
<span>(Joint Debtor, if any) (If joint case, both spouses must sign.)</span>

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

———————————————————————     ———————————————————————
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

———————————————————————
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X ———————————————————————            ———————————————————————
Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ———————————————————— (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ————————————————(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ————————————————sheets, and that they are true and correct to the best of my knowledge, information, and belief.            (Total shown on summary page plus 1.)

Date                                              Signature: ——————————————————
<span>(Print or type name of individual signing on behalf of debtor.)</span>

<span>(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)</span>

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013