```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 06938
   THELMA GRIFFIN
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-1395


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/24/2004 and was confirmed 04/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/13/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED                .00           .00            .00
HOMECOMINGS FINANCIAL     CURRENT MORTG          .00           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          3468.24           .00        3468.24
CATHERINES                UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED           .00            .00
PS PLUS SIZES             UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          5812.81           .00        5812.81
POMPER & GOODMAN          DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                          547.75
DEBTOR REFUND             REFUND                                            41.20

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  9,870.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        9,281.05
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               547.75
DEBTOR REFUND                                       41.20
                         ---------------      ---------------
TOTALS                   9,870.00                9,870.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 06938 THELMA GRIFFIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 06938 THELMA GRIFFIN